UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>     Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>     Defendant. | Case No.: 4:17-cv-00234-RLY-DML<br><br>Honorable Richard L. Young<br><br>Magistrate Judge Debra McVicker Lynch |

**PLAINTIFF'S FINAL WITNESSES AND EXHIBITS LIST**

Pursuant to the Court's Case Management Plan, TONYA JONES ("Plaintiff") hereby submits Plaintiff's Final Witnesses and Exhibits List to ENHANCED RECOVERY COMPANY, LLC ("Defendant").

A. **Plaintiff's Final Witnesses List,** or categories of witnesses, are:

1. Plaintiff. Plaintiff will testify to the communications between her and Defendant and the resulting damages.

2. Jesse Monts, Plaintiff's brother. Mr. Monts will testify to his observations regarding the damages caused by the communications between Plaintiff and Defendant.

3. Calvin Polk III, Plaintiff's son. Mr. Polk will testify to his observations regarding the damages caused by the communications between Plaintiff and Defendant.

4. Shelly Gensmer, Senior Director of Legal for Defendant. Ms. Gensmer will testify to (1) the frequency that Defendant is sued for violations of the Fair Debt Collection Practices Act; (2) the frequency that Defendant is sued for violations of the Telephone Consumer Protection Act; and (3) judgments entered against Defendant for violations of the Fair Debt Collection Practices Act and the Telephone Consumer

Protection Act.

5. Jason Davis, Senior Vice President of Compliance for Defendant. Mr. Davis will testify to (1) the communications between Plaintiff and Defendant, (2) the outbound dialing system employed by Defendant to place calls to Plaintiff, and (3) Defendant's policies and procedures.

6. Live Vox, Inc. ("LiveVox"). LiveVox is a third party service provider that provided Defendant with telecommunication services/systems. LiveVox will testify to the capacities and functionalities of the outbound dialing system ("LiveVox HCI system") that Defendant employed to place calls to Plaintiff.

7. Randall Snyder, Plaintiff's expert. Mr. Snyder will testify to his findings and conclusions as set forth in his expert report, including, but not limited to (1) the technical capacities and functionalities of the LiveVox HCI system employed by Defendant to place calls to Plaintiff; (2) his expert opinion that the LiveVox HCI system is a form of a predictive dialing system; and (3) his expert opinion that the LiveVox HCI system is an "automatic telephone dialing system" as defined by the Telephone Consumer Protection Act.

8. Defendant's rebuttal expert which has yet to be disclosed.

9. All individuals disclosed by Defendant in Defendant's Initial Disclosures and Defendant's Final Witnesses and Exhibits List.

10. Any necessary rebuttal witnesses.

\* Plaintiff reserves the right to supplement this Final Witnesses List.

B. **Plaintiff's Final Exhibits List,** or categories of exhibits, are:

1. All relevant business records of Defendant.
2. Call recordings produced by Defendant.
3. Plaintiff's Call History Manager.
4. Plaintiff's Metro PCS call records.
5. Call logs maintained by Plaintiff that reflect information regarding incoming calls from Defendant.
6. All pleadings in this case.
7. All documents produced by LiveVox in response to a subpoena.
8. Randall Snyder's expert report and corresponding exhibits.
9. Defendant's expert's rebuttal report which has yet to be submitted.
10. Transcript of Randall Snyder's deposition.
11. Transcript of Defendant's rebuttal expert's deposition.
12. Transcript(s) of Defendant's deposition.
13. Transcript of Plaintiff's deposition.
14. All documents/call recordings produced in discovery by Defendant.
15. All documents necessary for impeachment or rebuttal.
16. All exhibits that may be listed or used by Defendant.
17. All documents initially disclosed by Defendant pursuant to Federal Rule of Civil Procedure 26.
18. All recorded statements and/or depositions of any individuals with information relating to the subject matter of this litigation.

19. All other documents that may be submitted by Defendant prior to the trial.

\* Plaintiff reserves the right to supplement this Preliminary Exhibits List.

Dated: August 16, 2018                                   Respectfully submitted,

*s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8180
(630) 575-8188 (fax)
mbadwan@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Plaintiff, certifies that on August 16, 2018, he caused a copy of the foregoing **PLAINTIFF'S FINAL WITNESSES AND EXHIBITS LIST**, to be served via ECF on:

Patrick B. Healy
Lewis Brisbois Bisgaard & Smith LLP
909 Wright's Summit Parkway, Suite 230
Fort Wright, Kentucky 41011
+1 859-663-9830
patrick.healy@lewisbrisbois.com

Larissa G. Nefulda
Stephen H. Turner
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
+1 213-250-1800
larissa.nefulda@lewisbrisbois.com
stephen.turner@lewisbrisbois.com
*Counsel for Enhanced Recovery Company, LLC*

_s/ Mohammed O. Badwan_
