# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | CASE NO. 4:17-cv-00234-RLY-DML |

### ORDER ON JOINT MOTION TO REQUEST EXTENSION OF THE DEADLINE TO COMPLETE EXPERT DISCOVERY AND DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER

Plaintiff TONYA JONES ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") by and through their respective counsel (collectively "Parties"), having filed with this Court their Joint Motion To Request Extension Of The Deadline To Complete Expert Discovery And Deadlines Set Forth In The Court's Scheduling Order, and the Court having reviewed same, hereby ORDERS:

(1) the December 3, 2018 deadline to file dispositive motions is extended to **January 14, 2019**;

(2) the November 5, 2018 deadline to complete expert witness discovery and discovery relating to damages is extended to **December 17, 2018**;

(3) the final pretrial conference is RESET for May 9, 2019, at 3:00 p.m. (Eastern) before the Honorable Richard L. Young, in room 200 of the U.S. Courthouse, 121 W. Spring Street, New Albany, Indiana 47150

(4) the trial is RESET for May 20, 2019, at 9:00 a.m. (Eastern) in room 200.

Date: 11/5/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Case 4:17-cv-00234-RLY-DML   Document 38   Filed 11/05/18   Page 2 of 2 PageID #: 166