UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TONYA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00234-RLY-DML |
| | ) | |
| ENHANCED RECOVERY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## Order on Motion for Extension of Time

On January 11, 2019, defendant filed a motion for a 7-day extension of the deadline to file dispositive motions (Dkt. 41). The motion was filed on the Friday before the Monday deadline and therefore does not comply with Local Rule 6-1(a)(5). That rule provides that "a request for an extension of time . . . must be filed *at least three business days prior* to the deadline absent extraordinary circumstances, or summary denial may result." (Emphasis added.) Because the motion for extension was not filed at least three business days in advance and does not establish extraordinary circumstances, it is DENIED.

Nevertheless, the court determines that the interest of justice counsels in favor of extending the deadline to avoid too harsh a consequence that could result from an outright denial. The deadline to file dispositive motions is extended to **January 21, 2019**. Counsel must take care to comply with all local rules in the future.

So ORDERED.

Date: 1/14/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system