UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | CASE NO. 4:17-cv-00234-RLY-DML |

### ORDER GRANTING JOINT MOTION TO VACATE THE MAY 9, 2019 FINAL PRETRIAL CONFERENCE AND MAY 20, 2019 TRIAL PENDING THE COURT'S DECISION AS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court having reviewed Plaintiff TONYA JONES ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC's ("Defendant") Joint Motion to Vacate the May 9, 2019 Final Pretrial Conference and May 20, 2019 Trial Pending the Court's Decision as to Defendant's Motion For Summary Judgment, and being fully advised in the premises, DOES HEREBY ORDER that the Motion is hereby GRANTED in its entirety. The May 9, 2019 Final Pretrial Conference and related deadlines are VACATED. The May 20, 2019 Trial and related deadlines are VACATED. The Court shall RESET the trial date upon the Court's ruling on Defendant's Motion for Summary Judgment.

SO ORDERED this 8th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record