. UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES, | |
| Plaintiff, | Case No.: 4:17-cv-00234-RLY-DML |
| v. | Honorable Richard L. Young |
| ENHANCED RECOVERY COMPANY, LLC, | Magistrate Judge Debra McVicker Lynch |
| Defendant. | |

## STIPULATED FACTS

Plaintiff TONYA JONES ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENHANCED RESOURCE CENTER ("ERC" or "Defendant"), by and through their undersigned counsel, and pursuant to the Court's Case Management Plan [Dkt. 16], submitting the following stipulated facts:

1. Plaintiff is a "consumer" as defined by §1692a(3) of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*.

2. The T-Mobile debt that ERC was attempting to collect from Plaintiff is a "debt" as defined by §1692a(5) of the FDCPA.

3. ERC is a "debt collector" as defined by §1692a(6) of the FDCPA.

4. Plaintiff's cellular phone number from May 23, 2017 to November 8, 2017 was (812) 258-8640.

5. All phone calls placed by ERC to Plaintiff's cellular phone number ending 8640 were placed using the LiveVox HCI dialing system.

1

Respectfully Submitted,

/s/ *Mohammed O. Badwan*  /s/ *Stephen H. Turner*
Mohammed O. Badwan, Esq.  Stephen H. Turner
*Counsel for Plaintiff*  *Counsel for Defendant*
Sulaiman Law Group, Ltd.  Lewis Brisbois Bisgaard & Smith LLP
2500 S. Highland Avenue, Suite 200  633 W. 5th Street, Ste. 4000
Lombard, Illinois 60148  Los Angeles, CA 90071
(630) 575-8180  (213) 250-1800
mbadwan@sulaimanlaw.com  stephen.turner@lewisbrisbois.com

:

## **CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, an attorney, certify that on February 28, 2020, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

                           /s/ Mohammed O. Badwan