# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES, | |
| Plaintiff, | Case No.: 4:17-cv-00234-RLY-DML |
| v. | Honorable Richard L. Young |
| ENHANCED RECOVERY COMPANY, LLC, | Magistrate Judge Debra McVicker Lynch |
| Defendant. | |

## PLAINTIFF'S TRIAL WITNESS LIST

Pursuant to the Court's Case Management Plan [Dkt. 16], TONYA JONES ("Plaintiff") hereby submits Plaintiff's Trial Witness List as follows:

A. **Plaintiff's Trial Witness List:**

1. Plaintiff Tonya Jones
2. Calvin Polk III (Plaintiff's son)
3. Jason Davis (Defendant's Senior Vice President of Compliance)
4. Shelly Gensmer (Defendant's Vice President of Legal and Compliance)

Dated: February 28, 2020

Respectfully submitted,

*s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8180
(630) 575-8188 (fax)
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, Mohammed O. Badwan, certify that on February 28, 2020, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

      *s/ Mohammed O. Badwan*