. UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>   Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>   Defendant. | Case No.: 4:17-cv-00234-RLY-DML<br><br>Honorable Richard L. Young<br><br>Magistrate Judge Debra McVicker Lynch |

## **PLAINTIFF'S TRIAL EXHIBIT LIST**

   Pursuant to the Court's Case Management Plan [Dkt. 16], TONYA JONES ("Plaintiff") hereby submits Plaintiff's Trial Exhibit List as follows:

  A. **Plaintiff's Trial Exhibit List:**

| Exhibits | Description |
|---|---|
| 1. Audio Recording (ERC 00004) | Call recording of a phone call between ERC and Plaintiff on July 10, 2017. |
| 2. Audio Recording (ERC 00003) | Call recording of a phone call between ERC and Plaintiff on November 8, 2017. |
| 3. Correspondence from Defendant to Plaintiff (ERC 02348) | May 24, 2017 letter from Defendant to Plaintiff. |
| 4. Account Notes (ERC 00005-00009) | Defendant's business records for Plaintiff's account. |
| 5. Screenshot (ERC 02392) | Screenshot of a business record produced by Defendant. |
| 6. T-Mobile Phone Records (Jones 000001-000211) | T-Mobile's business records for Plaintiff's phone number. |
| 7. Call Report to Plaintiff's Number (ERC 02336--02347) | Defendant's call report to calls placed to Plaintiff's phone number. |
| 8. Code Report ((ERC 00061-00066) | Defendant's internal key defining acronyms on Account Notes. |
| 9. Latitude Result Codes (ERC 00578-00579) | Defendant's internal key code that classifies work performed on an account. |
| 10. Deposition Transcript of Jason Davis (May 30, 2018) | Deposition transcript of Defendant's Rule 30(b)(6) witness. |

| | |
|---|---|
| 11. Deposition Transcript of Jason Davis (March 30, 2018) | Deposition transcript of Defendant's Rule 30(b)(6) witness. |
| 12. Defendant's Responses to Plaintiff's Interrogatories | Defendant's sworn responses to interrogatories propounded by Plaintiff. |
| 13. Defendant's Responses to Plaintiff's Requests to Admit | Defendant's responses to requests to admit propounded by Plaintiff. |

## **CERTIFICATE OF SERVICE**

  I, Mohammed O. Badwan, certify that on February 28, 2020, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

                 /s/ Mohammed O. Badwan