STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| TONYA JONES, | CASE NO. 4:17-cv-00234-RLY-DML |
|---|---|
| Plaintiff, | |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | Electronically Filed |
| Defendant. | |

# DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S TRIAL EXHIBIT LIST

Defendant ENHANCED RECOVERY COMPANY, LLC ("ERC" or Defendant") hereby submits its Trial Exhibit List.

| Exhibit No. | Description | Identifying Designation |
|---|---|---|
| 1 | ERC's Account History for Plaintiff 's T-Mobile USA, Inc. (Redacted) | Bates (TJ) ERC 00005-00011 |
| 2 | ERC's Account History for Plaintiff 's T-Mobile USA, Inc. (<u>Not</u> Redacted) | Bates (TJ) ERC 00005-00011 |
| 3 | ERC's Report of Calls to Telephone Number Ending in 8640 (Redacted) | Bates (TJ) ERC 02336-02347 |
| 4 | ERC's Report of Calls to Telephone Number Ending in 8640 (<u>Not</u> Redacted) | Bates (TJ) ERC 02336-02347 |
| 5 | Audio Recording of July 10, 2017 Incoming Call | Bates (TJ) ERC 0004 |
| 6 | Audio Recording of November 8, 2017 Outgoing Call | Bates (TJ) ERC 0003 |
| 7 | May 24, 2017 Letter from ERC to Plaintiff | Bates (TJ) ERC 02348 |

| 8 | ERC's Placement File for Plaintiff's T-Mobile USA, Inc. | |
|---|---|---|
| 9 | ERC's policies and procedures including skip tracing and collection of debts – subject to protective order because documents contain confidential and proprietary information. | Bates (TJ) ERC 00012 – 01996; 02067-02335 |
| 10 | Deposition Transcript of Jason Davis (Rule 30(b)(6) witness) | Taken March 30, 2018 |
| 11 | Deposition Transcript of Jason Davis (Rule 30(b)(6) witness) | Taken May 30, 2018 |
| 12 | Deposition Transcript of Plaintiff | Taken August 22, 2018 |
| 13 | Plaintiff's Responses and Objections to ERC's First Set for Interrogatories | Served June 20, 2018 |
| 14 | Plaintiff's Responses and Objections to ERC's First Set of Requests for Production of Documents | Served June 20, 2018 |
| 15 | Plaintiff's Responses and Objections to ERC's First Set of Requests for Admission | Served June 20, 2018 |

DATED: February 28, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Stephen H. Turner*
Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
Email: Stephen.Turner@lewisbrisbois.com
Larissa.Nefulda@lewisbrisbois.com

Kari H. Halbrook, # 22218-49
Benjamin Charles Hoffman, # 34060-76
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
50 East 91st Street
Suite 104
Indianapolis, IN 46240
317-324-4753
Email: kari.halbrook@lewisbrisbois.com
ben.hoffman@lewisbrisbois.com

Attorneys for Defendant,
Enhanced Recovery Company, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S TRIAL EXHIBIT LIST was served via Court's electronic filing system, on February 28, 2020, to the following party:

Mohammed Omar Badwan
Ahmad Tayseer Sulaiman
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
T: 630.575.8181
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
jdavidson@sulaimanlaw.com
*Attorneys for Plaintiff Tonya Jones*

                                                */s/ Stephen H. Turner*
                                                Stephen H. Turner