STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>   Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>   Defendant. | CASE NO. 4:17-cv-00234-RLY-DML<br><br><br><br>Electronically Filed |

## DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S TRIAL WITNESS LIST

Defendant ENHANCED RECOVERY COMPANY, LLC ("ERC" or Defendant") hereby submits ERC's Trial Witness List.

1. Jason Davis, Chief Compliance Officer for ERC, 8014 Bayberry Road, Jacksonville, Florida 32256.

2. Shelly Gensmer, Vice President of Legal and Compliance for ERC, 8014 Bayberry Road, Jacksonville, Florida 32256.

3. Plaintiff Tonya Jones, Ms. Jones can be contacted through her counsel, Sulaiman Law Group, Ltd., 2500 South Highland Avenue, Suite 200, Lombard, IL 60148, 630-575-8181 ext114.

4. Any necessary rebuttal witnesses.

DATED: February 28, 2020   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Stephen H. Turner*
Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
Email: Stephen.Turner@lewisbrisbois.com
Larissa.Nefulda@lewisbrisbois.com

Kari H. Halbrook, # 22218-49
Benjamin Charles Hoffman, # 34060-76
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
50 East 91st Street
Suite 104
Indianapolis, IN 46240
317-324-4753
Email: kari.halbrook@lewisbrisbois.com
ben.hoffman@lewisbrisbois.com

Attorneys for Defendant,
Enhanced Recovery Company, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S TRIAL WITNESS LIST was served via Court's electronic filing system, on February 28, 2020, to the following party:

Mohammed Omar Badwan
Ahmad Tayseer Sulaiman
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
T: 630.575.8181
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
jdavidson@sulaimanlaw.com
*Attorneys for Plaintiff Tonya Jones*

                                             */s/ Stephen H. Turner*
                                             Stephen H. Turner