# STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES, <br><br>     Plaintiff, <br><br> vs. <br><br> ENHANCED RECOVERY COMPANY, LLC, <br><br>     Defendant. | CASE NO. 4:17-cv-00234-RLY-DML |

## VERDICT FORM

We, the jury, render our verdict in this action in response to the following questions:

## PLAINTIFF'S CLAIM UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692d

**Question 1:** Did Ms. Jones prove, by a preponderance of the evidence, that ERC engaged in any conduct the natural consequence of which is to harass, oppress, or abuse Ms. Jones?

        \_\_\_ **YES**          \_\_\_ **NO**


    **Proceed to Question 2**

# PLAINTIFF'S CLAIM UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692d(2)

**Question 2:** Did Ms. Jones prove, by a preponderance of the evidence, that ERC used obscene or profane language or language the natural consequence of which was to abuse Ms. Jones?

        \_\_\_ YES    \_\_\_ NO

  **Proceed to Question 3**

# PLAINTIFF'S CLAIM UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692d(5)

**Question 3:** Did Ms. Jones prove, by a preponderance of the evidence, that ERC caused Ms. Jones' telephone to ring or engage Ms. Jones in a telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass her?

___ YES    ___ NO

**Proceed to Question 4**

# PLAINTIFF'S CLAIM UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692d(6)

**Question 4:** Did Ms. Jones prove, by a preponderance of the evidence, that ERC failed to meaningfully disclose its identity during its calls with Ms. Jones?

        ___ YES     ___ NO

**If your answer is "NO" to Questions 1, 2, 3 and 4, you have found a verdict in favor of ERC. Do not answer any further questions and proceed to sign the appropriate portion of the Certification form.**

**If your answer is "YES" to Questions 1, 2, 3, and/or 4 proceed to Question 5.**

## DAMAGES

**Answer Question 5 only if you answered "YES" to Questions l, 2, 3 and/or 4.**

**Question 5:** What amount, between $0 and $1,000.00, does the jury award as statutory damages (a fine) to Ms. Jones?

$ _____

**Answer Question 6 only if you answered "YES" to Questions l, 2, 3, and/or 4.**

**Question 6:** What amount does the jury award as actual damages to Ms. Jones?

$ _____

**Proceed to sign the appropriate portion of the Certification form.**

## CERTIFICATION

We, the jury, certify by our signatures that we have found a verdict in favor of the Plaintiff, Tonya Jones on the claim(s) herein, and that the verdict reflects the unanimous decision of the jury.

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

Dated: _____ 2020

We, the jury, certify by our signatures that we have found a verdict in favor of the Defendant Enhanced Recovery Company, LLC on the claim(s) herein, and that the verdict reflects the unanimous decision of the jury.

_____        _____

_____        _____

_____

_____        _____

_____        _____

Dated: _____ 2020

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing VERDICT FORM was served via Court's electronic filing system, on February 28, 2020, to the following party:

Mohammed Omar Badwan
Ahmad Tayseer Sulaiman
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
T: 630.575.8181
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
jdavidson@sulaimanlaw.com
*Attorneys for Plaintiff Tonya Jones*

                                              */s/ Stephen H. Turner*
                                              Stephen H. Turner