## STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES, | CASE NO. 4:17-cv-00234-RLY-DML |
| Plaintiff, | |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | Electronically Filed |
| Defendant. | |

### UNOPPOSED MOTION TO CONTINUE THE MARCH 23, 2020 TRIAL AND MARCH 13, 2020 FINAL PRETRIAL CONFERENCE BY DEFENDANT ENHANCED RECOVERY COMPANY, LLC

TO THE HONORABLE COURT:

1.  Defendant ENHANCED RECOVERY COMPANY, LLC ("ERC") hereby applies to the Court for an Order continuing the March 23, 2020 Trial and March 13, 2020 Final Pretrial Conference pursuant to the agreement of counsel.

2.  On February 14, 2020, this Court issued a Scheduling Order setting the Trial for March 23, 2020 and the Final Pretrial Conference for March 13, 2020. (Dkt. 58)

3.  As this Court is aware, there is presently an outbreak of respiratory disease caused by a novel coronavirus around the world, including in the United States.

4.  Recently on March 8, 2020, Dr. Anthony Fauci, the director of the National Institute of Allergy and Infectious Diseases, recommended that individuals should limit their exposure to travel and large crowds in light of the coronavirus outbreak.

5.  ERC is located in Jacksonville, Florida. ERC will call two of its representatives to testify during the trial: Jason Davis, Chief Compliance Officer for ERC, and Shelly Gensmer, Vice President of Legal and Compliance for ERC. Mr. Davis and Ms. Gensmer are both located in Jacksonville, Florida.

6. ERC's trial counsel, Stephen H. Turner, is located in Los Angeles, California.

7. Plaintiff's trial counsel, Mohammed Badwan, is located in Lombard, Illinois.

8. ERC's representatives and ERC's trial counsel have to travel by air from other states to Indiana in order to attend the trial in this case.

9. Like many individuals, ERC and its trial counsel are very concerned with the spread of and the potential of exposure to the novel coronavirus and contracting an illness.[1]

10. According to the Center for Disease Control's website, California, Illinois and Indiana are just a few of the states in the United Sates that have confirmed and presumptive positive cases of the novel coronavirus.

11. As set forth in the Declaration of Stephen H. Turner, while Mr. Turner is not ill, Mr. Turner is 66 years old and is under the care of a cardiologist.

12. ERC respectfully requests that the Court grant this unopposed motion to continue the March 23, 2020 Trial and the March 13, 2020 Final Pretrial Conference for at least several months.

13. While the Final Pretrial Conference is scheduled to be conducted telephonically, ERC believes the Final Pretrial Conference should be scheduled closer to the trial date.

14. Counsel for ERC has conferred with counsel for Plaintiff, Plaintiff does not oppose this motion to continue the March 23, 2020 Trial and the March 13, 2020 Final Pretrial

---

[1] As of the March 9, 2020, the following appeared on the website for the United States District Court for the Central District of California:

"Coronavirus Announcement

The United States District Court for the Central District of California continues to closely monitor the national response to the respiratory illness caused by Coronavirus Disease 2019 (COVID-19). We would like to assure the public that we are following all recommended guidelines provided by the Centers for Disease Control and Prevention to ensure the safety and health of our customers and staff.

If you are required to appear in court or are called as a juror, and are experiencing any flu like symptoms, have a fever, are coughing or sneezing, please contact the court before appearing. The court will make reasonable accommodations and reschedule appearances and hearings as needed."

Conference.

15. This unopposed motion is not requested for purposes of delay and will not result in any prejudice to the Parties or to the Court.

WHEREFORE, ERC respectfully requests that the Court continue the March 23, 2020 Trial and March 13, 2020 Final Pretrial Conference for at least several months to a date which is convenient for the Court and all Parties.

DATED: March 9, 2020                  LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Stephen H. Turner*
Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
Email: Stephen.Turner@lewisbrisbois.com
       Larissa.Nefulda@lewisbrisbois.com

Kari H. Halbrook, # 22218-49
Benjamin Charles Hoffman, # 34060-76
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
50 East 91st Street
Suite 104
Indianapolis, IN 46240
317-324-4753
Email: kari.halbrook@lewisbrisbois.com
       ben.hoffman@lewisbrisbois.com

Attorneys for Defendant,
Enhanced Recovery Company, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing UNOPPOSED MOTION TO CONTINUE MARCH 23, 2020 TRIAL AND MARCH 13, 2020 FINAL PRETRIAL CONFERENCE BY DEFENDANT ENHANCED RECOVERY COMPANY, LLC was served via Court's electronic filing system, on March 9, 2020, to the following party:

Mohammed Omar Badwan
Ahmad Tayseer Sulaiman
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
T: 630.575.8181
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
jdavidson@sulaimanlaw.com
*Attorneys for Plaintiff Tonya Jones*

                                                                    */s/ Stephen H. Turner*
                                                                Stephen H. Turner