UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TONYA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | Case No. 4:17-cv-00234-RLY-DML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, TONYA JONES and the Defendant ENHANCED RECOVERY COMPANY, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 28, 2021

TONYA JONES

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

ENHANCED RECOVERY COMPANY, LLC

*/s/ Stephen H. Turner (with consent)*
Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
Email: Stephen.Turner@lewisbrisbois.com
Larissa.Nefulda@lewisbrisbois.com

Kari H. Halbrook, # 22218-49
Benjamin Charles Hoffman, # 34060-76
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

50 East 91st Street  
Suite 104  
Indianapolis, IN 46240  
317-324-4753  
Email: kari.halbrook@lewisbrisbois.com  
ben.hoffman@lewisbrisbois.com