**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANYDIVISION**

TONYA JONES,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

Case No. 4:17-cv-00234-RLY-DML

## **ORDER**

This cause coming before the Court on the Stipulation of Dismissal and the Court being fully advised of the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The above captioned case is dismissed with prejudice.

2. Each party shall bear its own costs and attorney fees.

Dated:   10/29/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record